

# IN THE COURT OF CRIMINAL APPEALS OF TEXAS

## NOS. WR-32,252-14 & 32,252-15

### EX PARTE DARNELL IVEN ADAMS, Applicant

### ON APPLICATIONS FOR A WRITS OF HABEAS CORPUS
### CAUSE NO. 199-80293-90-HC8 & 199-80320-91-HC8
### IN THE 199TH DISTRICT COURT
### FROM COLLIN COUNTY

*Per curiam*.

## **O R D E R**

Applicant was convicted of sexual assault enhanced with one conviction and burglary of a habitation and sentenced to life imprisonment on each case. Applicant did not file a direct appeal. Applicant filed these applications for writs of habeas corpus in the county of conviction, and the district clerk forwarded them to this Court. *See* TEX. CODE CRIM. PROC. art. 11.07.

We have previously dismissed five subsequent applications in each of these two causes. *See* TEX. CODE CRIM. PROC. art. 11.07, § 4. It is obvious from the record that Applicant continues to raise grounds that were previously rejected on the merits or that should have been raised in previous applications. We hold that Applicant has abused the writ and filed frivolous lawsuits. *See Ex parte*

2

*Jones*, 97 S.W.3d 586 (Tex. Crim. App. 2003); Tᴇx. Gᴏᴠ'ᴛ Cᴏᴅᴇ § 498.0045(a-1). Should Applicant file future habeas applications in these causes, we will not consider the merits of his applications unless he shows that the factual or legal basis of his grounds were unavailable in a previously filed application. These applications are dismissed.

Copies of this order shall be sent to the Texas Department of Criminal Justice–Correctional Institutions Division and the Board of Pardons and Paroles.

Filed: November 18, 2020
Do not publish